UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER CANO | ) | |
| | ) | No. 3:24-cv-01511 |
| v. | ) | |
| | ) | Judge Crenshaw |
| UNITED STATES OF AMERICA | ) | |

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, and the undersigned, hereby moves this Court to substitute Assistant United States Attorney Emily E. Petro in place of former Assistant United States Attorney Brooke K. Schiferle as attorney of record for the Government in this case.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

*/s/Emily E. Petro*
EMILY E. PETRO
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151
Emily.Petro2@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2025, a true and exact copy of the foregoing document has been filed on CM/ECF, thereby providing electronic service to counsel for Petitioner.

<u><i>s/Emily E. Petro</i></u><br>
Emily E. Petro<br>
Assistant United States Attorney